**JUDGE LYNCH**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 6887**

SALICOR, INC.

**Plaintiff**

Case No.

-v-

GRETAGMACBETH, LLC and
THOMAS J. VAVCHIANO, JR.,

**Rule 7.1 Statement**

**Defendant**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SALICOR, INC. _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

SALICOR, INC., is not a publicly held company and has no publicly held parents, affiliates and/or subsidiaries.



RECEIVED
JUL 3 1 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Date:  July 30, 2007

_____
Signature of Attorney

Attorney Bar Code: DHC-6708

Form Rule7_1.pdf