UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

SALICOR, INC.,

                Plaintiff,

   -against-

GRETAGMACBETH, LLC, et al.,

              Defendants.

-------------------------------------------------------------x

07 Civ. 6887 (GEL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07

GERARD E. LYNCH, District Judge:

    The Court having been informed that the parties have reached a settlement in principle of this case, it is hereby:

    ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
       November 14, 2007

                                            _____
                                               GERARD E. LYNCH
                                             United States District Judge