LYNCH, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
SALICOR, INC.

                 Plaintiff,

   -against-

GRETAGMACBETH, LLC, and
THOMAS J. VACCHIANO, JR.,

                 Defendants.
------------------------------------------------------------ x

07 CIV 6887 (GEL)

**STIPULATION OF
DISMISSAL WITH
PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to this action, that the claims against Defendants GretagMacbeth, LLC and Thomas J. Vacchiano, Jr. are hereby dismissed with prejudice, with each side to bear its own costs and fees.

New York, New York
December 5, 2007

_____
Andrew D. Kaizer (AK9780)
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10017
(212) 547-5400

*Attorneys for Defendants
GretagMacbeth, LLC and
Thomas J. Vacchiano, Jr.*

_____
Donald H. Chase, Esq. (DHC 6708)
MORRISON COHEN, LLP
909 Third Avenue
New York, New York 10022
(212) 735-8600
And
John R. Wenzke (JRW7267)
LASSER HOCHMAN, LLC
75 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 226-2700
*Attorneys for Plaintiff Salicor, Inc.*

So ordered:

_____
Hon. Gerard E. Lynch, U.S.D.J.
12/12/07